UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN REID,

    Plaintiff,

v.                                                    Case No. 12-15376

REFINANCE AMERICA, LTD,

    Defendant.
                                                /

## ORDER CLOSING THE CASE

The parties announce a settlement. Accordingly,

IT IS ORDERED that the action is DISMISSED and the case is CLOSED subject to the right of any party to submit a stipulated form of final order or judgment. If the parties take no action by **August 16, 2013**, the action will be deemed dismissed with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2013, by electronic and/or ordinary mail.

                                                  s/Richard Loury for Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522